UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMES POLLETTE,<br><br>           Plaintiff,<br><br>     v.<br><br>CONFLICT COUNSEL,<br><br>           Defendant. | Case No. 25-cv-04216-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. The Court sent Plaintiff a notice to his address of record at Humboldt Correctional Facility advising that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). Dkt. No. 3. He was provided twenty-eight days to correct this deficiency. *Id.* The notice was returned as undeliverable, with a notation that Plaintiff is no longer in custody. Dkt. No. 7. Plaintiff has not provided a current mailing address. The deadline for either paying the filing fee or filing the complete application to proceed IFP has passed, and Plaintiff has not paid the filing fee or filed an IFP application. More than sixty days have passed since the court mail was returned. This case is dismissed without prejudice for failure to pay the filing fee or file a complete IFP application, and for failure to provide a current mailing address as required by Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: September 4, 2025

JAMES DONATO
United States District Judge